PD-0251-18

PD-0251-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/6/2018 8:02 AM
Accepted 3/8/2018 11:31 AM
DEANA WILLIAMSON
CLERK

FILED
COURT OF CRIMINAL APPEALS
3/8/2018
DEANA WILLIAMSON, CLERK

**NO.** _____

# IN THE
# COURT OF CRIMINAL APPEALS
# FOR THE STATE OF TEXAS

## MARVIN SHILLING
**Appellant**
**v.**
## STATE OF TEXAS
**Appellee**

Appeal from the Seventh Court of Appeals
Number 07-17-00105-CR

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**LAW OFFICE OF STAN SCHWIEGER**
600 Austin Avenue, Suite 12
Waco, Texas  76701
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
E-mail: wacocrimatty@yahoo.com

Marvin Shilling, Appellant, moves for an extension to file Appellant's Petition for Discretionary Review.

## I.

Appellant Marvin Shilling moves this Court to allow an extension of thirty (30) days to file his Petition for Discretionary Review.[1] Appellant was convicted of the offenses of Aggravated Sexual Assault of a Child-Count I, Aggravated Sexual Assault of a Child-Count II, Aggravated Sexual Assault of a Child-Count III, Indecency with a Child by Contact-Count IV and Indecency with a Child by Contact-count V. He was sentenced to sixty (60) years and $5,000.00 fine on Counts I, II and III. He was sentenced to twenty (20) years and$5,000.00 for Counts IV and V in the Texas Department of Criminal Justice, Institutional Division.[2] The trial court ordered the punishments to run concurrently. The sentencing took place on February 9, 2017. The Seventh Court of Appeals issued its opinion on February 8, 2018 denying Appellant's requested relief.[3]

---

[1] TEX. R. APP. P. 68.2(c).

[2] *State v. Marvin Shilling*, No. 2015-599-C2 (54th District Court, McLennan County Tex. February 9, 2017) (I C.R. at 191–94).

[3] *Shilling v. State*, No. 07-17-00105-CR, 2018 WL 7941732 (Tex. App.—Amarillo, Feb. 8, 2018) (mem. op., not designated for publication).

## II.
## REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A. ***The deadline for filing the Petition for Discretionary Review***:[4] March 12, 2018.

B. ***The length of the extension sought***:[5] Thirty (30) days.

C. ***The facts relied upon to reasonably explain the need for the extension***:[6]

Appellant's attorney is a sole practitioner engaged in the practice of criminal law. Counsel carries a heavy load of existing criminal trial and appellate work.

In addition, Appellant's counsel prepared and filed the following matters: a Petition for Discretionary Review in *McAlpine v. State*, in this Court and a motion for new trial in the 54th District Court. Further, counsel has had several plea, trial and sentencing and other criminal defense related matters, including the drafting of several post-conviction motions/briefs.

D. ***Number of previous extensions granted for previous Petitions for Discretionary Review***:[7] None.

---

[4] TEX. R. APP. P. 10.5(b)(1)(A).

[5] TEX. R. APP. P. 10.5(b)(1)(B).

[6] TEX. R. APP. P. 10.5(b)(1)(C).

[7] TEX. R. APP. P. 10.5(b)(1)(D).

**III.**

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in allowing to timely file the Petition.

## REQUEST FOR RELIEF

Appellant requests that this Court grant his Motion and extend the deadline for filing Appellant's Petition For Discretionary Review to April 11, 2018 or that this Court grant such additional time as is just and proper.

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**

*/s/ Stan Schwieger*
Stan Schwieger
600 Austin Avenue, Suite 12
Waco, Texas 76701
(254) 752-5678
(254) 752-7792—Facsimile
E-mail: wacocrimatty@yahoo.com
State Bar No. 17880500
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

A copy of this Motion was delivered to Mr. Sterling Harmon, McLennan County District Attorney's Office on March 6, 2018 by this Court's electronic filing service at sterling.harmon@co.mclennan.tx.us.

*/s/ Stan Schwieger*
Stan Schwieger